# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RUFUS GRAY,**
**ADC #141375**                                                                                    **PLAINTIFF**

v.                              CASE NO. 5:09cv00214 BSM/JTR

**PATRICIA PAGE, Sergeant, Cummins Unit,**
**Arkansas Department of Correction, et al.**                                      **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motions for summary judgment [Doc. Nos. 65, 73] are GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. The court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE