# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**RUFUS GRAY,**
**ADC #141375**                                                                                          **PLAINTIFF**

v.                    CASE NO. 5:09cv00214 BSM/JTR

**PATRICIA PAGE, Sergeant, Cummins Unit,**
**Arkansas Department of Correction, et al.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and judgment is entered in favor of defendants on all claims set forth herein. Further, it is certified that pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE